# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr97

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **ELIEZER PONCE-DUARTE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a joint motion for a hearing on Defendant's pending motion to suppress. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

The parties have suggested July 13, 2011, at 2 p.m., as well as any time on July 14, 2011, or July 15, 2011, as proposed dates for the hearing on the motion to suppress. Each of these dates appears to be acceptable. Because the court will be in session for criminal trials the week of July 11, 2011, however, it is impossible to set a specific time and date for the hearing at this time. For this reason, the court will grant the motion to conduct the suppression hearing, and the court will schedule the matter on the calendar during one of the proposed dates once the court's trial schedule for the week of July 11, 2011, is more determined.

Signed: June 27, 2011

Max O. Cogburn Jr.
United States District Judge